IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                     Case No. 3:08cv43/MCR/EMT

MICKEY J. OETKEN,
    Defendant,

_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 29, 2008 (Doc. 16).  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Plaintiff's Motion to Dismiss (Doc. 15) is **GRANTED** and this case is **DISMISSED.**

**DONE AND ORDERED** this 31st  day of October, 2008.

                                                         s/ *M. Casey Rodgers*
                                                      **M. CASEY RODGERS**
                                                      **UNITED STATES DISTRICT JUDGE**